UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

**SHERIE CLEARY,** *individually and on behalf of others similarly situated,*

      Plaintiff,

vs.

**RELOGIO LLC,** *doing business as* **"COMPLETE CASH DISCOUNT TITLE PAWN,"**

      Defendants.

Case No.: 4:19-cv-00130

## CONSENT TO JOIN

I hereby consent to be a Plaintiff in the Fair Labor Standards Act case captioned above. I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid overtime wages, liquidated damages, attorney's fees, costs and other relief) and applicable state wage and hour law against the Defendant(s). I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s), to be represented by Brown, LLC and The Orlando Firm, P.C., and to be bound by any settlement of this action or adjudication by the Court.

**Signed:** _/s/ [signature]_      **Dated:** 06/28/2019

**Name:** Rasheedah Sharif

*PLEASE FILL IN YOUR **CONTACT INFORMATION** ON THE NEXT PAGE AND WHILE THE CASE REMAINS PENDING **PLEASE PROVIDE ANY UPDATES** TO YOUR PHONE NUMBER, EMAIL ADDRESS, AND MAILING ADDRESS TO BROWN, LLC*