UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **SHERIE CLEARY, individually and on** Behalf of others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>**AGORA NOTUS, LLC and RELOGIO LLC,** *doing business as* **"COMPLETE CASH DISCOUNT TITLE PAWN,"** and **EMPLOYMENT INNOVATIONS, INC.** and **EMPLOYMENT ALLIANCES, LLC,** *doing business as* **"ETOWAH EMPLOYMENT,"**<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 4:19-CV-00130-LMM |

**JOINT MOTION TO APPROVE FLSA SETTLEMENT**

Plaintiff **SHERIE CLEARY**, individually and on behalf of four (4) opt-in plaintiffs Jermicka Jackson, Rasheedah Sharif, Dominique Veal and Shonteria Hamilton (collectively the "Plaintiffs") and Defendants **AGORA NOTUS, LLC, RELOGIO, LLC, EMPLOYMENT INNOVATIONS, INC., and EMPLOYMENT ALLIANCES, LLC** (collectively the "Defendants") (with Plaintiffs and Defendants collectively referred to as the "Parties") who file this Motion, along with a Brief in support thereof, to respectfully move this Court to

approve the Parties' settlement agreement and enter an Order dismissing this action.

WHEREFORE, THE PARTIES JOINTLY REQUEST that:

(a) The Settlement Agreement and Release of FLSA Claims be approved by the Court; and

(b) The Court dismiss this action in its entirety with prejudice.

Respectfully submitted this 13th day of July 2020.

COX, BYINGTON,
TWYMAN, & JOHNSON, LLP

/s/ Christopher P. Twyman
CHRISTOPHER P. TWYMAN
Georgia Bar No. 720660
WEST EVANS
Georgia Bar No. 131714
*Attorneys for Agora Notus, LLC and Relogio, LLC*

711 Broad Street
Rome, Georgia 30161
(706) 291-2002 Office
(706) 291-6242 Fax
chris.twyman@cbtjlaw.com
west.evans@cbtjlaw.com

AGREED TO BY:     BROWN, LLC

/s/Jason T. Brown
(By Christopher P. Twyman w/e/p)
JASON T. BROWN
*Lead Attorney for Plaintiff*

AGREED TO BY:     McRAE, SMITH, PEEK,
                   HARMAN & MONROE, LLP

                  /s/John F. Lee Niedrach
                  (By Christopher P. Twyman w/e/p)
                  JOHN F. LEE NIEDRACH
                  *Counsel for Etowah Innovations*
                  *Inc. and Employment Alliances, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed **JOINT MOTION TO APPROVE FLSA SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following opposing counsel and all parties of interest:

**Jason T. Brown**
**Zijian Guan**
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
jtb@jtblawgroup.com
cocozguan@jtblawgroup.com
*Lead Counsel for Plaintiff*

**Roger W. Orlando**
The Orlando Firm, P.C.
Suite 400
315 West Ponce de Leon Avenue
Decatur, GA 30030
roger@OrlandoFirm.com
*Local Counsel for Plaintiff*

**Virginia Barrow Harman**
**John F. Lee Niedrach**
McRAE, SMITH, PEEK, HARMAN & MONROE, LLP
P.O. Box 29
Rome, GA 30162
vharman@msp-lawfirm.com
lniedrach@msp-lawfirm.com
*Counsel for Defendants Etowah Innovations Inc. and Employment Alliances, LLC*

This 13th day of July 2020.

                                        /s/ Christopher P. Twyman  
                                        CHRISTOPHER P. TWYMAN  
                                        Georgia Bar No. 720660