# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **SHERIE CLEARY, individually and on Behalf of others similarly situated,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **AGORA NOTUS, LLC** *doing business as* **"COMPLETE CASH DISCOUNT TITLE PAWN," et al.** ) ) ) ) **Defendants.** ) | **CIVIL ACTION FILE** **NO. 4:19-CV-00130-LMM** |

## ORDER

This matter came before the Court on the parties' Joint Motion to Approve FLSA Settlement.

The Court has reviewed the parties' executed settlement agreement to determine both its adequacy and its consistency with the requirements of the Fair Labor Standards Act (the "FLSA"). See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review and the record in this case, the Court concludes that: (1) the terms of the Settlement Agreement and Release of FLSA Claims (the "Settlement Agreement") were reached in an adversarial context with the assistance of legal counsel; (2) the terms of the

Settlement Agreement are fair and reasonable and represent an adequate resolution of this action; and (3) the attorneys' fees and costs are reasonable and customary.

Upon consideration of the parties' Motion, the Court **ORDERS** that the Settlement Agreement is **APPROVED**. The Court further **ORDERS** that the claims of Plaintiff Sherie Cleary, individually and on behalf of opt-in plaintiffs Jermicka Jackson, Rasheedah Sharif, Dominique Veal and Shonteria Hamilton, against Defendants Agora Notus, LLC, Relogio, LLC, Employment Innovations, Inc., and Employment Alliances, LLC are **dismissed with prejudice**, with the Court retaining jurisdiction to enforce the Settlement Agreement.

**IT IS SO ORDERED** this 17th day of July, 2020.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE